UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT
OF FLORIDA
PENSACOLA DIVISION.

Julio Rodriguez, Ruiz
    PLAINTIFF

LEGAL MAIL PROVIDED TO
COLUMBIA CORRECTIONAL INSTITUTION
ON 5/15/26 (DATE) FOR MAILING
STAFF INITIAL J.R.R I/M INITIAL

CASE NO: 3:24-cv-260-TKW-
                 ZCB

V

BEAU ANTHONY Aldridge
    DEFENDANT.

## MOTION FOR EXTENSION OF TIME

COMES NOW, THE PLAINTIFF JULIO Rodri-
Guez Ruiz Pro se pursuant to Rule 1,900
(b) Florida Rules of civil Procedure and
Respectfully Request this Honorable court
For an extension of time of 60 days
in which to comply with the court's
order or Requirement of the rules go-
verning this matter as ground in su-
pport There of the Plaintiff Assert
A Follow:

(1) I Transferred From Wakulla C.I
Annex to Lake Butler. R.m.C main
unit and I Transferred to here Co-
Lumbia C.I Annex For protective ma-
nagent and stay in confinement to
May 13, 2026 and I Received your letter
on May 10, 2026 and not have Time
For me speak to Law clerk and
prepare and doing you order on
April 27, 2026.

(PART # 2)

(2) HONORABLE COURT THE NUMEROUS AND FREQUENT TRANSFERRED Beyond my IN-mediate control and protective management I humbly and RespectFully ask Honorable court grant me 60 days To Response objections To The proposed on April 27, 2026.

(3) I'm in The process OF waiting For All my Lebol work To Arrive to me by Fed- Ex From The Law LiBrary supervisor AT WAKULLA-C.I -ANNEX.

(4) PLAINTIFF is unkilled in The Law cud lacks The necessary ability To properly prepare This Response Honora-ble court And DePendant and with-out Assitance oF prison Law clerk.

(5) Honorable court I Received my Legal mail From The court may 10, 2026 And Today is MAY 14, 2026 And I sending To you The envelope For you see is True.

(6) That This motion is submitted in good Faith And is NOT INTENTED For The pur-pose OF DeLAY.

WhereFore The PLAINTIFF RespectFully Request ThN Honorable court For An extension oF Time OF 60 days

RespectFully submitted
S Julio Rodriguez Ruz

UNITED STATES DISTRICT COURT
1 N. PALAFOX STREET
PENSACOLA, FL 32502

JACKSONVILLE RPDC
8 MAY 2026 PM 4 L

$1.03⁰
US POSTAGE
FIRST-CLASS
FROM 32502
04/27/2026
Stamps.com

N42145

JULIO RODRIGUEZ RUIZ 443069

COLUMBIA C.I.
216 S.E. CORRECTIONS WAY
LAKE CITY, FL 32025

UTION ANNEX

I RECEIVED
THIS LETTER
ON MAY 10,
2026.

32025-200999

JuLio RodriGuez, Ruiz
DC # 443069 - S- Dorm
CoLumBiA C. I -ANNEX
216 S. E Corrections WAY
LAKe City, Florida- 32025.

MAILED FROM
COLUMBIA
CORRECTIONAL
INSTITUTION

FIRST-CLASS

US POSTAGE ™PITNEY BOWES

ZIP 32025   $ 000.74⁰
02 7W
0008042793 MAY. 15. 2026

UNITED STATES DISTRICT COURT
1 NORTH PALAFOX STREET
PENSACOLA, FLoridA 32502.

"LEGaL maiL."

