United States District Court For The
Northern District of Florida
Pensacola Division.

Julio Rodriguez Ruiz,
              Plaintiff,

VS.                                          CASE NO: 3:24-CV-260-TKW-ZCB.

Beau Anthony Aldridge,
              Defendant

LEGAL MAIL PROVIDED TO
COLUMBIA CORRECTIONAL INSTITUTION
ON ____ (DATE) FOR MAILING
STAFF INITIAL J.R.R I/M INITIAL

Plaintiff's Response to Report
AND Recommendation

Comes Now, the Plaintiff Julio Rodriguez Ruiz, Pro se with the Assistance of Another Inmate and File this Response to the Report and Recommendation.

1. The Plaintiff Agrees with the Court. His Complaint For "Deliberate Indifference" and Not "Medical Malpractice".

2. The Plaintiff Has Stated a Claim Pursuant to 42 U.S.C. Section 1983, And Has Alleged That His Rights Are Secured By The Constitution and or Law's of The United States, Were Violated By Defendant, SEE: West V. Atkins, 487 U.S. 42, 48, 108 S. Ct. 2250: 101 L. Ed. 2d 40 (1988).

Physician who Contracts with State to Provide, Full or Part-Time Medical Service to

STATE PRISON INMATES: HELD TO ACT "UNDER COLOR OF STATE LAW", WITHIN MEANING OF 42 U.S.C. SECTION 1983, IN TREATING INMATES."

3. THE PLAINTIFF KNOWS THAT ITS FOR THE COURT TO SAY WHAT THE LAW IS: SEE: MARBURY V. MADISON, 5 U.S. 137, 2 L. ED. 60, 1803 U.S. LEXIS 352 (1803)

4. THE PLAINTIFF HAS FILED HIS CLAIMS UNDER A PROPERLY FILED PROCEEDING PURSUANT TO 42 U.S.C. SECTION 1983, A PLAINTIFF MUST PROVE TWO ELEMENTS; "(1) THAT THE DEFENDANT "DEPRIVED [HIM] OF A RIGHT SECURED BY THE CONSTITUTION AND LAWS OF THE UNITED STATES", AND (2) THAT THE DEFENDANT "DEPRIVED [HIM] OF THIS CONSTITION- AL RIGHT UNDER COLOR OF [STATE] STATUTE, ORDINACE, REGULATION, CUSTOM, OR USAGE, SEE: MENTAVLOS V. ANDERSON, 249 F. 3d. 301, 310 (4TH CIR. 2001).

5. THE PLAINTIFF HAS STATED A CLAIM, THAT CAN BE TRIED AND THAT RELIEF CAN BE GRANTED, AND HE IS HEREBY OFFERS THE DEFENDANT THIS OPPORTUNITY TO MAKE A SETTLEMENT FOR THE DEFENDANT TO PAY THE PLAINTIFF $380,000.00 AND ALL COURT COST FILING FEES AND SERVICE FEES. IF THE DEFENDANT DOES NOT WANT TO SETTLE, THE PLAINTIFF ASK'S THIS HONORABLE COURT TO SET THIS CASE FOR TRIAL AS THE PLAINTIFF HAS STATE CLAIM'S THAT CAN BE PROVEN BY

THE MEDICAL RECORDS AND THAT A JURY COULD FINE IN FAVOR OF THE PLAINTIFF THAT THE DEFENDANT CAUSED THE PLAINTIFF TO SUFFER NEEDLESSLY BECAUSE OF HIS DELIBERATE INDIFFINITE TO THE PLAINTIFFS MEDICAL NEEDS.

Plaintiff prays that THIS Honorable Court WILL GRANT THIS RESPONSE AND ANY OTHER RELIEF HE MAY BE INTITLED TO, IT IS SO PRAYED.

RESPECTFULLY SUBMITTED,

PRO-se Julio Rodriguez Ruiz
Julio Rodriguez Ruiz

Certificate of Service

I HEREBY CERTIFY THAT, A TRUE AND CORRECT COPY OF THE FOREGOING INSTRUMENT HAS BEEN FURNISHED TO THE OFFICE OF THE DEFENDANTS ATTORNEY MR. CHARLES WIGGINS AT: 501 COMMENDENICAL STREET, PENSACOLA Florida 32502, ON THIS 10 DAY OF JUNE 2026

RESPECTFULLY,

PRO-se Julio Rodriguez Ruiz
Julio Rodriguez Ruiz DC# 443067
Columbia C.I ANNEX
216 Corrections Way
Lake City, Florida 32025

3 of 3

JuLio Rodriguez, Ruiz
DC #443069 - N - Dorm: 4 - 209
CoLumBia C. I - ANNEX
216 S. E. CORRECTIONS WAY
LaKe CiTY, FLorida - 32025 - 2013.

MAILED FROM
COLUMBIA
CORRECTIONAL
INSTITUTION

FIRST-CLASS

US POSTAGE ᴹᵉPITNEY BOWES

ZIP 32025  $ 000.74⁰
02 7W
0008042793 JUN. 11 2026



JUN 1 5 2026

TO: UNITED STATES DISTRICT COURT
1 NORTH PaLaFoX STREET
PENSACOLA, FLORIda - 32502.

"LEGAL maiL."

3250285626 C003

LEGAL MAIL

LEGAL MAIL PROVIDED TO
COLUMBIA CORRECTIONAL INSTITUTION
ON _____ (DATE) FOR MAILING

STAFF INIT. L J. R. R. VM INITIAL