**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**JULIO RODRIGUEZ RUIZ,**

      **Plaintiff,**

**v.**                                      **Case No.  3:24-cv-260-TKW-ZCB**

**BEAU ANTHONY ALDRIDGE,**

      **Defendant.**

                                               /

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 76).  No objections were filed.[1]

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that Defendant's motion to dismiss should be denied because the complaint does not assert a state medical malpractice claim and the Eighth Amendment deliberate indifference claim that is asserted in the complaint is adequately pled.  Accordingly, it is

**ORDERED** that:

1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

---

[1]  Plaintiff filed a "response" to the Report and Recommendation (Doc. 80), but he stated in that filing that he agreed with the magistrate judge's rulings.

2.      Defendant's motion to dismiss (Doc. 49) is DENIED.

3.      This case is returned to the magistrate judge for further pretrial proceedings on the Eighth Amendment claim.

**DONE AND ORDERED** this 18th day of June, 2026.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**