UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF Florida
PENSACOLA DIVISION

Julio Rodriguez Ruiz,
      PLAINTIFF,

                    CASE NO.: 3:24-CV-260/TKW/ZCB

VS.

BEAU ANTHONY ALDRIDGE,
      DEFENDANT,

LEGAL MAIL PROVIDED TO
COLUMBIA CORRECTIONAL INSTITUTION
ON 7/14/24 (DATE) FOR MAILING
STAFF INITIAL J.R.R — I/M INITIAL

## MOTION FOR Pro bono TO ATTORNEY TO REPresent The PLAINTIFF (DOC. 21).

(1) UNITED STATES MAGISTRATE Judge Zachary C. Bolitho Today July 14, 2024 A Lawyer BENJAMIN STEVENSON writting me in my Tablet, This was Filed in my case in electronic docket entry NO. 22.

(2) MAGISTRATE Judge I WANT This Lawyer BENJAMIN STEVENSON Represent me in my case, PLEASE SIV I need him call here and make Appoinent with mg,

**FOR LEGAL USE ONLY**

Any other use of this paper will result in Disciplinary Action Per F.A.C. 33-601.314 (7-4)

Classification For me Speak to him about my case Thank you For your time and Have A NICE day and God Bless you so much       /s/ Julio Rodriguez, Ruiz
Sincerely, Julio Rodriguez Ruiz — DC# 443069.

FILED USDC FLND PN
JUL 20 '26 PM4:20

Julio Rodriguez, Ruiz
DC# 443069 - N- Dorm: 4-306-L
Colombia- C.I — Annex
216 S.E Corrections Way
Lake City, Florida- 32025-2013.

MAILED FROM
COLUMBIA
CORRECTIONAL
INSTITUTION

FIRST-CLASS

US POSTAGE ™ PITNEY BOWES
ZIP 32025 $ 000.78⁰
02 7W
0008042793 JUL 14 2026

JUL 2 0 2026

TO: United States District Court
1 North Palafox Street
Pensacola, Florida — 32502.

"Legal mail."

LEGAL MAIL PROVIDED TO
COLUMBIA CORRECTIONAL INSTITUTION
ON _____ (DATE) FOR MAILING

STAFF INITIAL J. R. R. VM INITIAL