UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JULIO RODRIGUEZ RUIZ,

Plaintiff, Case No. 3:24-cv-260-TKW-ZCB

v.

BEAU ANTHONY ALDRIDGE,

Defendant.
_______________________________________/

## APPEARANCE OF COUNSEL

On the date of this filing, Benjamin James Stevenson, who is admitted to practice in this court, appears in this case as counsel for Plaintiff Julio Rodriguez Ruiz.

s/Benjamin James Stevenson
**Benjamin James Stevenson**
Stevenson Legal, PLLC
919 Panferio Drive
Pensacola Beach, FL 32561
T. 702.306.6708
bjs@stevenson-legal.com

*Counsel for the* Rodriguez Ruiz