**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| JULIO RODRIGUEZ RUIZ,<br>Plaintiff,<br>vs.<br>BEAU ANTHONY ALDRIDGE,<br>Defendant. | Case No. 3:24-cv-00260-TKW-ZCB |

**NOTICE OF APPEARANCE**

NOTICE IS HEREBY GIVEN that the Undersigned Attorney enters his appearance for the Plaintiff, JULIO RODRIGUEZ RUIZ, in the above cause, as co-counsel, and requests that all pleadings, motions, and notices be forwarded to this attorney at the address set forth below.

Respectfully Submitted, */s/ James V. Cook*

JAMES V. COOK (FBN 0966843)
Law Office of James Cook
314 West Jefferson Street
Tallahassee, FL 32301
(850) 222-8080; 561-0836 fax
cookjv@gmail.com
cookjvlaw@gmail.com

*Attorney for Plaintiff*

I CERTIFY the foregoing was filed electronically on 8/29/2026, serving counsel of record registered to be notified by the CM/ECF electronic filing system.

*/s/James V. Cook*