UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JULIO RODRIGUEZ-RUIZ,

Plaintiff, Case No.: 3:24-cv-260-TKW-ZCB

v.

BEAU ANTHONY ALDRIDGE,

Defendant.

_____________________________/

# JOINT MOTION TO REVISE SCHEDULING ORDER

The parties have met and conferred about the case to secure its just, speedy, and inexpensive resolution. They believe an enlarged discovery period would fairly permit Plaintiff Rodriguez-Ruiz additional time to develop the case, now with the aid of counsel. Furthermore, they agree that resolving Defendant Aldridge's motion for summary judgment (ECF 87) (arguing that he did not act under color of state law) before substantial discovery on any deprivation of Eighth Amendment rights would advance the purpose of Rule 1.

WHEREFORE, the parties jointly request the Court modify the scheduling order (ECF 86) as follows:

1. **Discovery Period**. The due date of any requested discovery must be no later than April 15, 2027.

2. **Rule 26 Requirements**. The parties should exchange initial disclosures under Rule 26(a)(1) no later than September 15, 2026.

3. **Expert disclosures**. The plaintiff must disclose the identity of any expert under Rule 26(a)(2) no later than January 15, 2027. The defendant must disclose the identity of any expert under Rule 26(a)(2) no later than February 15, 2027. Plaintiff's rebuttal experts must be disclosed 30 days later. *See* Rule 26(a)(2)(D)(ii).

4. **Amend Pleadings**. Leave to amend any pleadings must be sought no later than November 1, 2026.

5. **Mediation**. The parties shall mediate the case no later than 7 days after close of discovery.

Respectfully submitted,

s/Benjamin James Stevenson
**Benjamin James Stevenson**
Stevenson Legal, PLLC
919 Panferio Drive
Pensacola Beach, FL 32561
T. 702.306.6708
bjs@stevenson-legal.com

*Counsel for Rodriguez-Ruiz*

s/Charles Wiggins
**Charles Wiggins**
charles.wiggins@phelps.com
**Jena M. Wise**
jena.wise@phelps.com
Phelps Dunbar LLP
T. 850−432−2451
501 Commendencia Street
Pensacola, FL 32502

*Counsel for Aldridge*