**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**
**Civil Hearing Minutes**

| | | | |
|---|---|---|---|
| **Case Style:** | ***Ruiz v. Aldridge; 3:24cv260-ZCB*** | | |
| **Type of Hearing:** | **Status Conference** | | |
| **Time Commenced:** | **1:05 p.m.** | **Time Concluded:** | **1:20 p.m.** |
| **Presiding:** | **Zachary C. Bolitho, U.S. Magistrate Judge** | | |
| **Court Reporter:** | **DCR** | | |
| **Courtroom Deputy:** | **Sylvia Williams** | | |

---

**Attorney(s) for Plaintiffs:**
**Benjamin Stevenson, Esq.**
**James Cook, Esq. (present)**

**Attorney(s) for Defendants:**
**Charles Wiggins, Esq. (present)**
**Jena Wise, Esq. (present)**

**This hearing included attendance by:**

| | | |
|---|---|---|
| **Videoconferencing/ZOOM:** | **___ YES** | **_X__ NO** |
| **Telephone:** | **_X__ YES** | **____ NO** |

**Filed 10/5/2026**
**CRD initials: sdw**