UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JULIO RODRIGUEZ RUIZ,
Plaintiff,

vs. Case No.: 3:24-cv-260-ZCB

BEAU ANTHONY ALDRIDGE,
Defendant.
_____________________________________/

**ORDER**

Currently before the Court is the joint motion to revise the scheduling order. (Doc. 104). The Court held a telephonic status conference with counsel for the parties on October 5, 2026, to discuss the motion and other related matters.

As discussed and agreed upon during the status conference, discovery in this case will proceed in a bifurcated manner because of the threshold issue raised in Defendant Aldridge's pending motion for summary judgment. The parties will first be given an opportunity to conduct discovery on the threshold issue of whether Defendant Aldridge qualified as a state actor when he engaged in the alleged conduct. If the Court determines that Defendant Aldridge was a state actor and denies

the pending motion for summary judgment, then the Court will authorize the parties to engage in full merits discovery.

Accordingly, it is **ORDERED** that:

1. The parties have until **October 21, 2026**, to conduct discovery on the threshold issue of whether Defendant Aldridge was a state actor under § 1983 when he engaged in the alleged conduct. All other discovery is **STAYED** pending resolution of Defendant Aldridge's pending motion for summary judgment (Doc. 87).

2. Plaintiff's deadline to respond to Defendant Aldridge's motion for summary judgment (Doc. 87) remains **October 21, 2026.**[1]

3. The joint motion to revise the scheduling order (Doc. 104) is **GRANTED in part** to the extent that the parties have until **November 1, 2026**, to seek leave to amend their pleadings. The remainder of the motion is **HELD IN ABEYANCE** pending resolution of Defendant Aldridge's motion for summary judgment (Doc. 87).

4. If Defendant Aldridge's pending motion for summary judgment is denied, then the Court will consider the other proposed

[1] As mentioned during the status conference, the parties may move for an extension of the October 21, 2026, discovery and response deadlines if, despite due diligence, they cannot complete discovery on the state action issue by that date.

deadlines in the joint motion to revise (Doc. 104) and will issue a revised scheduling order for the second phase of discovery after consultation with the parties.

**DONE AND ORDERED** this 6th day of October 2026.

/s/ *Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge